IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Tucker International LLC | ) | |
| | ) | |
| v. | ) | Case No. 17-cv-8141 |
| | ) | |
| Does 1-38 | ) | Judge: Hon. Robert Blakey |
| | ) | |
| | ) | Magistrate: Hon. Sidney I. Schenkier |
| | ) | |
| | ) | |

**SATISFACTION OF JUDGEMENT**

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|---|---|---|
| 2 | febecool | A32X6FOWLNLMBK |

dismisses them from the suit without prejudice.

Dated this 7th Day of February 2022.    Respectfully submitted,

By:    s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com